# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

SURGRET URANIA DOSS,

APPELLANT,

V.

AUSTIN ROE BASQUILL, P.A., A FLORIDA PROFIT CORPORATION; DR. JOHN H. SHIM, M.D., AN INDIVIDUAL; STATE FARM INSURANCE COMPANY, A PROFIT CORPORATION; AND LINDA TUCKER, AN INDIVIDUAL,

APPELLEE.

NO. 2D23-352

_____

February 14, 2024

Appeal from the Circuit Court for Hillsborough County; Paul L. Huey, Judge.

Surgret Urania Doss, pro se.

Michael A. Roe of Austin Roe Basquill P.A., Tampa, for Appellee Austin Roe Basquill, P.A.

Gabriella E. Lopez and Raymond A. Hass of HD Law Partners, Tampa, for Appellee, John H. Shim.

Mihaela Cabulea and John W. Weihmuller of Mihaela Cabulea, Tampa, for Appellee, State Farm.

DeeAnn J. McLemore of Banker Lopez Gassler P.A., Saint Petersburg, for Appellee, Linda Tucker.

PER CURIAM.

Affirmed.

ROTHSTEIN-YOUAKIM, ATKINSON, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.